UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
HDI GLOBAL SPECIALTY SE,                                            :
:
                            Plaintiff,                 :        25-CV-1334 (JMF)
:
             -v-                                                   :        <u>ORDER</u>
:
NBIS CONSTRUCTION & TRANSPORT INSURANCE  :
SERVICES, INC.,                                                         :
:
                         Defendant.                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 23, Defendant's earlier motion to dismiss filed at Docket No. 10 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 16, 2025**. Defendant's reply, if any, is due by **June 23, 2025**.

       The Clerk of Court is directed to terminate Docket No. 10.

       SO ORDERED.

Dated: June 4, 2025
       New York, New York                                    JESSE M. FURMAN
                                                      United States District Judge