UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

HDI GLOBAL SPECIALTY SE,               :
                                 :

             Plaintiff,          :                 25-CV-1334 (JMF)
                                 :

      -v-                    :
                                 :                  <u>ORDER</u>

NBIS CONSTRUCTION & TRANSPORT INSURANCE :
SERVICES, INC.,                    :
                                 :

            Defendant.         :
                                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

For reasons the Court will explain orally at the conference referenced below, Defendant's motion to dismiss, *see* ECF No. 23, is DENIED with regard to Plaintiff's breach of contract claim, and GRANTED with regard to Plaintiff's implied-covenant and negligence claims. Defendants shall answer the First Amended Complaint no later than **December 19, 2025**, and the parties shall appear for a telephonic pretrial conference on **December 22, 2025**, at **10:00 a.m.**  In accordance with the previously filed Notice of Initial Pretrial Conference, *see* ECF No. 5, the parties shall file a joint letter by the **Thursday before the conference**.  Given that the Court has already entered a Case Management Plan, *see* ECF No. 39, the parties need not file a proposed Case Management Plan.

The parties should join the conference by calling (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key, then followed by the pound (#) key again when prompted for an attendee ID number.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.  The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.  In accordance with those Rules, counsel shall, **at least twenty-four hours before the conference**, email to the Court the names, honorifics (e.g., Mr., Mrs., Ms., Dr., etc.), and telephone numbers of those who will have speaking roles at the conference.

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: December 2, 2025
      New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge