UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
HDI GLOBAL SPECIALTY SE,                                           :
:
                 Plaintiff,         :          25-CV-1334 (JMF)
:
      -v-                                                    :          ORDER
:
NBIS CONSTRUCTION & TRANSPORT INSURANCE :
SERVICES, INC.,                                                    :
:
              Defendant.         :
:
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit their joint letter by the Thursday prior to the upcoming conference. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd. uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: December 15, 2025
      New York, New York               _____
                                  JESSE M. FURMAN
                                  United States District Judge