UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     :

HDI GLOBAL SPECIALTY SE,            :

             :

         Plaintiff,      :
             :         25-CV-1334 (JMF)
      -v-           :
             :           ORDER
NBIS CONSTRUCTION & TRANSPORT INSURANCE :
SERVICES, INC.,               :
             :
        Defendant.     :
             :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated on the record during the teleconference held earlier today, the fact discovery deadline is hereby EXTENDED to **August 31, 2026**, and the expert discovery deadline is hereby EXTENDED to **October 15, 2026**.  The pretrial conference previously scheduled for June 10, 2026 is hereby ADJOURNED to **September 9, 2026 at 3:00 p.m.**  The parties shall file a joint letter indicating whether the Court should refer the case to either the designated Magistrate Judge or the Cout-annexed mediation program for settlement no later than **April 29, 2026**.

     SO ORDERED.

Dated:  December 22, 2025
       New York, New York                   JESSE M. FURMAN
                                United States District Judge